```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 05763
    STEPHANIE C TURNER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
     SSN XXX-XX-0104

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/19/2006 and was confirmed 07/31/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 01/16/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
 CHASE AUTO FINANCE         SECURED            14110.00        3464.00       5031.28
 CHASE AUTO FINANCE         UNSECURED           2665.66            .00           .00
 INTERNAL REVENUE SERVICE   PRIORITY            2800.46            .00           .00
 B-LINE LLC                 UNSECURED            348.45            .00           .00
 AMERICAN FIRST FINANCIAL   UNSECURED           2288.98            .00           .00
 ARDMORE FINANCE            UNSECURED            236.40            .00           .00
 FIRST PAYDAY LOANS         UNSECURED            550.00            .00           .00
 JC PENNEY                  UNSECURED               .00            .00           .00
 MBNA AMERICA               UNSECURED         NOT FILED            .00           .00
 QUICK CASH                 UNSECURED            590.00            .00           .00
 RKZ MANAGEMENT             UNSECURED            295.00            .00           .00
 ST LOUIS LOAN              UNSECURED            295.00            .00           .00
 SUN LOAN                   UNSECURED         NOT FILED            .00           .00
 MBNA                       UNSECURED           3175.94            .00           .00
 COLLECTOR OF REVENUE       UNSECURED           1811.22            .00           .00
 FEDERAL CHECK RECOVERY     UNSECURED           1113.20            .00           .00
 ST LOUIS ACURA             UNSECURED               .00            .00           .00
 INTERNAL REVENUE SERVICE   SECURED NOT I      18366.33            .00           .00
 INTERNAL REVENUE SERVICE   UNSECURED            862.45            .00           .00
 DAVID M SIEGEL             DEBTOR ATTY         3,000.00                     1,562.16
 TOM VAUGHN                 TRUSTEE                                            592.56
 DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE              10,650.00

 PRIORITY                                     .00
 SECURED                                 5,031.28
     INTEREST                            3,464.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05763 STEPHANIE C TURNER
```

```
UNSECURED                                                               .00
ADMINISTRATIVE                                                     1,562.16
TRUSTEE COMPENSATION                                                 592.56
DEBTOR REFUND                                                           .00
                                           ----------------    ----------------
TOTALS                                           10,650.00           10,650.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
    Dated: 04/23/08          _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```